# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortes Avenue
4  Hågatña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

DEC 3 0 2005

MARY L.M. MORAN
CLERK OF COURT

7

8          IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

10  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 00-00058
                                     )
11              Plaintiff,           )    **GOVERNMENT'S MOTION**
                                     )    **TO DISMISS INDICTMENT**
12      vs.                          )    **AND VACATE WARRANT**
                                     )    **FOR ARREST**
13                                   )
    IRENO CATOERA                    )
14  a/k/a "NONOY,"                   )
                                     )
15              Defendant.           )
    _____)

16

17      The United States hereby moves this Honorable Court for an order dismissing the

18  indictment, and vacating the warrant for arrest, in the above-entitled action, for the reason

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1  that the available evidence, witnesses, and investigative results are no longer sufficient to

2  proceed to trial against the defendant at this time.

3      Respectfully submitted this _30th_ day of December, 2005.

4              LEONARDO M. RAPADAS
               United States Attorney
5              Districts of Guam and CNMI

6

7  By: _____
       MARIVIC P. DAVID
8      Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                      - 2 -