LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 05 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IRENO CATOERA<br>a/k/a "NONOY,"<br><br>    Defendant. | CRIMINAL CASE NO. 00-00058<br><br>**ORDER**<br><br>re: December 30, 2005<br>United State's Motion to Dismiss<br>Indictment and Vacate Warrant<br>for Arrest |

Based on the United State's motion filed December 30, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that The United State's Motion to Dismiss Indictment, and vacate Warrant for Arrest, is hereby granted.

**SO ORDERED** this 5th day of January, 2006.

                _____
                Honorable Frances Tydingco-Gatewood
                Designated Judge, District Court of Guam

**ORIGINAL**