# UNITED STATES DISTRICT COURT

District of    GUAM

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| IRENEO CATOERA aka "NONOY" | Case Number: CR-00-00058-001 |

**FILED**
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    IRENEO CATOERA aka "NONOY"
                                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court    ☐ Violation    ☐ Probation Violation Petition

charging him or her      (brief description of offense)

CONSPIRACY TO IMPORT METHAMPHETAMINE
and
IMPORTATION OF METHAMPHETAMINE

in violation of    21    United States Code, Section(s)    952(a), 960 and 963 and 18 USC 2

| PATRICIA T. CRUZ | COURTROOM DEPUTY |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | AGANA, GUAM; MAY 3, 2000 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ NO BAIL      by    HONORABLE JOHN S. UNPINGCO
                                                                                                   Name of Judicial Officer

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

Court Order: Motion To Dismiss

| DATE RECEIVED 5/3/00 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/9/06 | John Curry USMS CJDUSM | [signature] USMS CJDUSM |

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. IRENO CATOERA a/k/a "NONOY," Defendant. | CRIMINAL CASE NO. 00-00058<br><br>**ORDER**<br><br>re: December 30, 2005<br>United State's Motion to Dismiss<br>Indictment and Vacate Warrant<br>for Arrest |

Based on the United State's motion filed December 30, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that The United State's Motion to Dismiss Indictment, and vacate Warrant for Arrest, is hereby granted.

**SO ORDERED** this 5th day of January, 2006.

_____
Honorable Francis Tydingco-Gatewood
Designated Judge, District Court of Guam

