LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 00-00058 |
| Plaintiff, | |
| vs. | ORDER<br>re: January 6, 2006<br>United States' Application<br>to Unseal Record |
| IRENO CATOERA<br>a/k/a "NONOY," | |
| Defendants. | |

The United State's Application to Unseal the Record, in the above captioned matter, filed January 6, 2006, is hereby granted.

**SO ORDERED** this _11th_ day of January, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL